**COURTROOM DEPUTY'S MINUTES
MIDDLE DISTRICT OF ALABAMA**

☑ **INITIAL APPEARANCE**
☐ BOND HEARING
☐ DETENTION HEARING
☐ PRELIMINARY (EXAMINATION)(HEARING)
☐ REMOVAL HEARING (R.40)
☐ ARRAIGNMENT

DATE: 6/6/05

DIGITAL Recording : 4:47 - 4:55

PRESIDING MAG. JUDGE: Vanzetta Penn McPherson    DEPUTY CLERK: W. Robinson
CASE NO.    1:05mj74-M    DEFENDANT NAME: Howard Eugene Brookshire, Jr.
AUSA:    SUSAN REDMOND    DEFT. ATTY: Michael Petersen
                                           Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; ( ) FPD

PTSO:    RON THWEATT    USPO: _____

Defendant ( ) does; ( √ ) does NOT need an interpreter
Interpreter present ( √ ) NO; ( ) YES    Name:

___

| | | |
|---|---|---|
| ☑ | Date of Arrest or ☐ Arrest Rule 40 | 6/6/05 |
| ☑ | Deft First Appearance. Advised of rights/charges. ☐ Prob/Sup Rel Violator | |
| ☐ | Deft First Appearance with Counsel | |
| ☐ | Deft. First Appearance without Counsel | |
| ☐ | Requests appointed Counsel | |
| ☑ | Financial Affidavit executed ☑ *ORAL MOTION FOR APPT OF COUNSEL* | |
| ☑ | *ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed* | |
| ☐ | Panel Attorney Appointed; ☐ to be appointed - prepare voucher | |
| ☐ | Deft. Advises he will retain counsel. Has retained _____ | |
| ☐ | ☐ Government's ORAL Motion for Detention Hrg. ☐ to be followed by written motion; ☑ Government's WRITTEN Motion for Detention Hrg. filed | |
| ☐ | Detention Hearing ☐ held; ☑ set for    6/10/05 @ 2:30 p.m. | |
| ☐ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered | |
| ☐ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered | |
| ☐ | Release order entered. Deft advised of conditions of release | |
| ☐ | ☐ BOND EXECUTED (M/D AL charges) $. Deft released | |
| ☐ | ☐ BOND EXECUTED (R. 40) - deft to report to originating district as ordered | |
| ☐ | Bond not executed. Defendant to remain in Marshal's custody | |
| ☐ | Deft. ORDERED REMOVED to originating district | |
| ☐ | Waiver of ☐ preliminary hearing; ☐ Waiver Rule 40 hearing | |
| ☐ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury | |
| ☐ | ARRAIGNMENT ☐HELD. Plea of NOT GUILTY entered. ☐Set for    DISCOVERY DISCLOSURE DATE: | |
| ☐ | NOTICE to retained Criminal Defense Attorney handed to counsel | |
| ☐ | WAIVER of Speedy Trial. CRIMINAL TERM: | |

**SCANNED**