IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:05-MJ-0074-M |
| | ) | |
| | ) | |
| HOWARD E. BROOKSHIRE, JR. | ) | |
| | ) | |

**NOTICE OF ACCEPTANCE OF APPOINTMENT AS COUNSEL**

**COMES NOW,** Michael J. Petersen, Attorney at Law, and accepts his appointment, pursuant to the Criminal Justice Act, to represent Howard Eugene Brookshire, Jr. in the above-styled matter and files this his notice of appearance as Counsel for the Defendant, Howard Eugene Brookshire, Jr., and requests any and all pleadings and court notices be forwarded to him in this matter at the address listed below.

**RESPECTFULLY SUBMITTED** this the 6th day of June 2005.

s/Michael J. Petersen
MICHAEL J. PETERSEN
Alabama Bar No.: ASB-5072-E48M
Attorney for Howard Eugene Brookshire, Jr.
Petersen Law Office, LLC.
631 South Perry Street
Montgomery, AL 36104
Telephone: (334) 269-1506
Fax: (334) 269-1505
E-mail: mich248@bellsouth.net

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:05-MJ-0074-M |
| | ) | |
| HOWARD E. BROOKSHIRE, JR. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following upon the Hon. Susan R. Redmond, Assistant United States Attorney, One Court Square, Suite 201 PO Box 197, Montgomery AL 36101-0197.

s/Michael J. Petersen
Michael J. Petersen
Alabama Bar No.: ASB-5072-E48M
Attorney for Howard Eugene Brookshire, Jr.
Petersen Law Office, LLC.
631 South Perry Street
Montgomery, AL 36104
Telephone: (334) 269-1506
Fax: (334) 269-1505
E-mail: mich248@bellsouth.net