IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:05mj74-M |
| | ) | |
| HOWARD EUGENE BROOKSHIRE, JR. | ) | |

## ORDER

For good cause,

It is ORDERED that the Preliminary Examination and the Government's Motion for Detention Hearing filed 6 June 2005 are set for a hearing on 10 June 2005 at 8:00 a.m. in Courtroom 5-A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama before the undersigned Magistrate Judge. Pending this hearing, the defendant(s) shall be held in custody of the U. S. Marshal and produced for the hearing.

DONE, this 8th day of June, 2005.

/s/Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE