IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) 1:05mj74-M |
| | ) |
| HOWARD EUGENE BROOKSHIRE, JR. | ) |

**ORDER**

For good cause, it is

ORDERED that this court's order setting the Preliminary Examination and the Government's Motion for Detention Hearing for 10 June 2005 at 8:00 a.m. is AMENDED to reflect that the hearing be set for 10 June 2005 at 2:30 p.m. in Courtroom 5-A.

DONE, this 9th day of June, 2005.

/s/Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE