# MINUTES

### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION

HON. Vanzetta Penn McPherson                Montgomery, Alabama

DATE COMMENCED: 6/10/05                     DIGITAL RECORDING: 2:34 - 2:57

DATE COMPLETED: 6/10/05

USA                                 *

vs                                  *       2:05mj74-M

HOWARD EUGENE BROOKSHIRE            *

---

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Michaeal J. Petersen | | Susan Redmond |

---

### COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy

---

### PROCEEDINGS:

( ) JURY TRIAL
(x) OTHER PROCEEDINGS: DETENTION HEARING

| Description | 2:05cr74-M: USA v. Howard Eugene Brookshire; Preliminary Exam and Detention Hearing |||
|---|---|---|---|
| Date | 6/10/2005 | Location | Courtroom 5A |
| **Time** | **Speaker** | **Note** ||
| 2:34:38 PM | USA | Calls Witness Jeffrey Arney ||
| 2:45:07 PM | Defendant | No Questions ||
| 2:45:20 PM | USA | Rests ||
| 2:45:32 PM | Defendant | Offers Proffer; Requests defendant be allowed to reside with Father and Father be deemed custodian ||
| 2:47:15 PM | USA | Request Defendants be remanded to custody of USM ||
| 2:54:38 PM | Court | Reviews home incarcerations and questions the USA ||
| 2:56:12 PM | Court | Questions Defendant ||
| 2:57:32 PM | Court | Defendant may be released on Home Incarceration if Mr. Brookshire (Father) will remove all computers; Final decision by Court only after Interviewing father; Detention Hearing scheduled Thursday for 6/16/05 at 1:00 ||