# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

USA

VS.                                2:05cr74-M

HOWARD EUGENE BROOKSHIRE

## WITNESS LIST

**PLAINTIFF/GOVERNMENT**

1. JEFFREY ARNEY
2. 
3. 
4. 
5. 
6. 
7. 
8. 
9. 
10. 
11. 
12. 
13. 
14. 
15. 
16. 
17. 

**DEFENDANT**

1. 
2. 
3. 
4. 
5. 
6. 
7. 
8. 
9. 
10. 
11. 
12. 
13. 
14. 
15. 
16. 
17.