IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:05mj74 |
| | ) | |
| HOWARD EUGENE BROOKSHIRE | ) | |

## ORDER

Pursuant to the government's Motion For Detention Hearing, filed on 6 June 2005 (Doc. # 4), the court conducted a hearing and a preliminary examination on 10 June 2005 (Do. # 9). Upon consideration of the evidence presented, the court announced its findings in open court that the defendant should be released on stated conditions. One of the conditions required the defendant to be released to reside with his father, provided that all computers and other electronic video equipment was removed from the residence.

The probation officer has advised the court that the defendant, upon considering the prospective conditions of release, now wishes to waive pretrial release. Accordingly, it is

ORDERED that, on or before 20 June 2005, the defendant shall file his written waiver with the Clerk of the court.

DONE this 16th day of June, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE