IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:05-MJ-74-M |
| | ) | |
| | ) | |
| HOWARD E. BROOKSHIRE, JR. | ) | |
| | ) | |

### NOTICE OF INTENT TO CHANGE PLEA
### AND PLEAD TO AN INFORMATION

**COMES NOW** the Defendant, Howard E. Brookshire, Jr., by and through counsel, and respectfully files this his Notice of Intent to Enter a Plea pursuant to Federal Rules of Criminal Procedure 11(c)(1)(c). Defendant states that said Plea will be to an Information. Defendant consents to have his change of plea taken by a Magistrate Judge. Defendant also consents to have an adjudication of guilt made by a Magistrate Judge. Defendant also acknowledges that said Plea shall render the issue of pre-trial release moot and hereby waives pre-trial release. (Doc #13).

Respectfully submitted this 20th day of June, 2005.

                                                    s/Michael J. Petersen
                                                    MICHAEL J. PETERSEN
                                                    Alabama Bar No.: ASB-5072-E48M
                                                    Attorney for Howard E. Brookshire, Jr.
                                                    Petersen Law Office, LLC.
                                                    631 South Perry Street
                                                    Montgomery, AL 36104
                                                    Telephone: (334) 269-1506
                                                    Fax: (334) 269-1505
                                                    E-mail: mich248@bellsouth.net

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:05-MJ-74-M |
| | ) | |
| | ) | |
| HOWARD E. BROOKSHIRE, JR. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following upon the Government attorney Hon. Susan Redmond, Assistant United States Attorney, One Court Square, Suite 201, PO Box 197, Montgomery AL 36101-0197.

s/Michael J. Petersen
Michael J. Petersen
Alabama Bar No.: ASB-5072-E48M
Attorney for Howard E. Brookshire, Jr.
Petersen Law Office, LLC.
631 South Perry Street
Montgomery, AL 36104
Telephone: (334) 269-1506
Fax: (334) 269-1505
E-mail: mich248@bellsouth.net