IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO. 1:05CR140-A |
| v. | ) | [18 USC 2252A(a)(2)(A)] |
| | ) | |
| HOWARD EUGENE BROOKSHIRE, JR. | ) | |
| | ) | INFORMATION |

RECEIVED 2005 JUN 21 P 4: 26 DEBRA P. HACKETT, CLK U.S. DISTRICT MIDDLE DISTRICT ALA.

The United States Attorney charges:

### COUNT 1

That on or about June 4, 2005, within the Middle District of Alabama, the defendant

HOWARD EUGENE BROOKSHIRE, JR.

having been previously convicted of Sexual Abuse 2nd in the State of Alabama, knowingly received 4 videotapes of child pornography, which contained images of prepubescent minors and minors identified as being under the age of 12 years, and images that portray sadistic and masochistic conduct and other depictions of violence, that had been shipped, mailed and transported in interstate and foreign commerce, in violation of Title 18 United States Code, Section 2252A(a)(2)(A).

*Leura G. Canary*
LEURA GARRETT CANARY
UNITED STATES ATTORNEY

*Susan R. Redmond*
SUSAN R. REDMOND
Assistant United States Attorney