IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO: 1:05cr140-A |
| | ) | |
| HOWARD EUGENE BROOKSHIRE, JR. | ) | |

### **ORDER**

The defendant, HOWARD EUGENE BROOKSHIRE, JR., has indicated to the court that he wishes to enter a change of plea. Therefore, it is

ORDERED that the defendant, HOWARD EUGENE BROOKSHIRE, JR., appear with counsel before the undersigned Magistrate Judge on 27 June 2005 at 3:00 p.m. in Courtroom 5A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, to enter a change of plea.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding.

DONE this 23rd day of June, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE