# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
### *NORTHERN DIVISION*

*UNITED STATES OF AMERICA*

    *vs.*                                        *CASE NUMBER: 05cr140-A*

HOWARD EUGENE BROOKSHIRE

## **ORDER**

    For good cause, it is

    ORDERED that the change of plea set for 27 June 2005 at 3:00 p.m. has been changed to 27 June 2005 at 1:00 p.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse, Montgomery, Alabama.

    DONE this 27th day of June, 2005.

                                                /s/ Vanzetta Penn McPherson
                                                VANZETTA PENN MCPHERSON
                                                UNITED STATES MAGISTRATE JUDGE