| | | | |
|---|---|---|---|
| **COURTROOM DEPUTY MINUTES** | DATE: 6/27/05 | DIGITAL RECORDING: | FTR: 1:09 - 1:26 |
| **MIDDLE DISTRICT OF ALABAMA** | COURT REPORTER: Risa Entrekin | | |

❑ ARRAIGNMENT   x CHANGE OF PLEA   ❑ CONSENT PLEA

❑ RULE 44(c) HEARING   ❑ SENTENCING

---

**PRESIDING MAG. JUDGE:** *VANZETTA PENN MCPHERSON*   **DEPUTY CLERK:** *WANDA ROBINSON*
**CASE NUMBER:** 1:05cr140-A   **DEFENDANT NAME:** HOWARD EUGENE BROOKSHIRE, JR.
**AUSA:** SUSAN R. REDMOND   **DEFENDANT ATTY:** MICHAEL J. PETERSEN
   Type Counsel:   ( ) Waived; ( ) Retained; (x) Panel CJA; ( ) CDO
**USPO:** _____
Defendant _____ does ___x___ does NOT need and interpreter.
Interpreter present? __x__ NO _____ YES   Name: _____

---

❑   This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**
❑   WAIVER OF INDICTMENT executed and filed.
❑   MISDEMEANOR INFORMATION filed.
❑   Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**   ❑ Not Guilty   ❑ Nol Contendere
   ❑ Not Guilty by reason of insanity
   X Guilty as to:
      X Count(s) ___1___ of the Felony Information.
      ❑ Count(s) _____ ❑ dismissed on oral motion of USA;
            ❑ to be dismissed at sentencing

❑   No Plea Agreement entered.
☑   Written plea agreement filed. ❑ OPEN/ORAL Plea Agreement. ❑ ORDERED SEALED.
❑   _____ Days to file pretrial motions.   ❑ _____ Trial date or term.
❑   **ORDER:** Defendant Continued under ❑ same bond ; ❑ Released on Bond & Conditions of Release
      ❑ summons; for:
      ❑ Trial on _____ ; ❑ Sentencing on _____ ❑ _____ Bond ❑ to be set by Separate Order
☑   **ORDER:** Defendant remanded to custody of U.S. Marshal for:
      ❑ Posting a $_____ Bond;
      ❑ Trial on _____ ; or x Sentencing on __14Nov05__ ❑ set by separate Order.

Rule 44 Hearing:   ❑ Waiver of Conflict of Interest Form executed.
      ❑ Detention requests time to secure new counsel.