```
       IN THE DISTRICT COURT OF THE UNITED STATES
          FOR THE MIDDLE DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

UNITED STATES OF AMERICA        )
                                )
    v.                           )     CR. NO. 1:05-CR-140-A
                                )
HOWARD EUGENE BROOKSHIRE, JR.   )

### PETITION FOR ORDER DIRECTING THE UNITED STATES MARSHAL TO RELEASE CUSTODY OF PRISONER

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody Howard Eugene Brookshire, Jr., into the custody of Jim Tynan, USPIS, and/or Jeff Arney, USPIS, and/or Margaret Faulkner, FBI, and/or J.R. Mann, MPD, and/or, David Henderson, ICE, from June 28, 2005, through September 28, 2005, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. We further move the Court to enter an order directing Jim Tynan, USPIS, and/or Jeff Arney, USPIS, and/or Margaret Faulkner, FBI, and/or J.R. Mann, MPD, and/or, David Henderson, ICE, to return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Respectfully submitted this the 28th day of June, 2005.

    LEURA GARRETT CANARY
    UNITED STATES ATTORNEY

    /s/ Susan R. Redmond
    SUSAN R. REDMOND
    Assistant United States Attorney
    One Court Square, Suite 201
    Montgomery, Alabama 36104
    Telephone: (334) 223-7280
    Fax: (334) 223-7135
    susan.redmond@usdoj.gov