IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 1:05-CR-140-A |
| ) | |
| HOWARD EUGENE BROOKSHIRE, JR. ) | |

ORDER

Upon consideration of the government's motion for release of prisoner filed on June 28, 2005, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Howard Eugene Brookshire, Jr., to Jim Tynan, USPIS, and/or Jeff Arney, USPIS, and/or Margaret Faulkner, FBI, and/or J.R. Mann, MPD, and/or, David Henderson, ICE, on June 28, 2005, through September 28, 2005, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Jim Tynan, USPIS, and/or Jeff Arney, USPIS, and/or Margaret Faulkner, FBI, and/or J.R. Mann, MPD, and/or, David Henderson, ICE, return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this the _____ day of June, 2005.

_____
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE