IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:05-MJ-74-M |
| | ) | |
| | ) | |
| HOWARD E. BROOKSHIRE, JR. | ) | |
| | ) | |

**MOTION FOR RESTRICTION OF
MAILING OF PLEADINGS AND NOTICES**

COMES NOW the Defendant, Howard E. Brookshire, Jr., by and through counsel, and respectfully files this his Motion requesting this Honorable Court Order that all pleadings and court notices be forwarded only to his attorney of record in this matter at the address listed below. The Defendant specifically states by his signature below that he does not desire any such pleadings and notices to be forwarded to him at the Montgomery City Jail Annex, to include this pleading and any subsequent pleadings, notices, or orders.

Respectfully submitted this 5th day of July, 2005.

/s/ Howard E. Brookshire, Jr.
HOWARD E. BROOKSHIRE, Jr.
Defendant

s/Michael J. Petersen
MICHAEL J. PETERSEN
Alabama Bar No.: ASB-5072-E48M
Attorney for Howard E. Brookshire, Jr.
Petersen Law Office, LLC.
631 South Perry Street
Montgomery, AL 36104
Telephone: (334) 269-1506
Fax: (334) 269-1505
E-mail: mich248@bellsouth.net

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:05-MJ-74-M |
| | ) | |
| HOWARD E. BROOKSHIRE, JR. | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following upon the Government attorney Hon. Susan Redmond, Assistant United States Attorney, One Court Square, Suite 201, PO Box 197, Montgomery AL 36101-0197.

s/Michael J. Petersen
Michael J. Petersen
Alabama Bar No.: ASB-5072-E48M
Attorney for Howard E. Brookshire, Jr.
Petersen Law Office, LLC.
631 South Perry Street
Montgomery, AL 36104
Telephone: (334) 269-1506
Fax: (334) 269-1505
E-mail: mich248@bellsouth.net