IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:05CR140-A |
| | ) | |
| HOWARD E. BROOKSHIRE, JR. | ) | |

**ORDER**

For good cause, it is

ORDERED that the defendant's Motion For Restriction of Mailing of Pleadings and Notices, filed on 5 July 2005 (Doc. # 25), is GRANTED.

DONE this 13th day of July, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE