# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE, PRESIDING, AT MONTGOMERY, AL

| | | | |
|---|---|---|---|
| DATE COMMENCED: | September 14, 2005 | AT: | 9:12 a.m. |
| DATE COMPLETED: | September 14, 2005 | AT: | 9:18 a.m. |

UNITED STATES OF AMERICA )
)
vs. )   CR. No. 1:05cr140-A
)
HOWARD EUGENE BROOKSHIRE, JR. )

APPEARANCES:

| GOVERNMENT | DEFENDANT |
|---|---|
| Susan Redmond | Michael Petersen |

COURT OFFICIALS PRESENT

| | |
|---|---|
| Risa Entrekin, Court Reporter | JoAnn Sellers, USPO |
| Elna Behrman, Courtroom Deputy | Lisa Harden, Law Clerk |

COURTROOM PROCEEDINGS

(X)   SENTENCING

Parties have reviewed the presentence report and have no objections.
The court orally GRANTS the Government's Motion for Downward Departure (Doc. #27).
Sentence is stated.
No objections are voiced.
Sentence is imposed as stated.
Right to appeal is waived.
Defendant is recommitted to the custody of the U. S. Marshal.