# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE, PRESIDING, AT MONTGOMERY, AL

| | | | |
|---|---|---|---|
| DATE COMMENCED: | September 20, 2005 | AT: | 9:00 a.m. |
| DATE COMPLETED: | September 20, 2005 | AT: | 9:08 a.m. |

UNITED STATES OF AMERICA )
)
vs.  ) CR. No. 1:05cr140-A
)
HOWARD EUGENE BROOKSHIRE, JR. )

### APPEARANCES:

| GOVERNMENT | DEFENDANT |
|---|---|
| Susan Redmond | Michael Petersen |

### COURT OFFICIALS PRESENT

Risa Entrekin, Court Reporter
Elna Behrman, Courtroom Deputy

Lisa Harden, Law Clerk

### COURTROOM PROCEEDINGS

Defendant is sworn.
Court explains to Defendant reason for hearing is that a waiver of indictment had not been signed.
Court proceeds to hearing.
Defendant signs Waiver of Indictment.
Court accepts the Waiver.
Defendant does not wish to go through change of plea colloquy again and reaffirms his guilty plea to the Information.
Court accepts Defendant's re-affirmance of guilty plea and sentence.
Court adjourned.