06/05) Judgment in Criminal Case
eet 2 — Imprisonment

Judgment — Page __2__ of __6__

DEFENDANT: HOWARD EUGENE BROOKSHIRE, JR.
CASE NUMBER: 1:05cr140-A

## IMPRISONMENT

RECEIVED
2006 MAY 11 P 1:16
UNITED STATES
MARSHALS SERVICE
MIDDLE ALABAMA

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**180 months.**

☐ The court makes the following recommendations to the Bureau of Prisons:

**X** The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____.

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____.

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

RETURNED AND FILED
MAY 16 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

## RETURN

I have executed this judgment as follows:

Defendant delivered on __4-25-06__ to __USP ATLANTA, GA.__

at _____, with a certified copy of this judgment.

_Michael A. Zeak, Warden_
UNITED STATES MARSHAL

By _R.L. Garvey_
DEPUTY UNITED STATES MARSHAL